Avery M. Jackson III

c/o: 2559 Stanmoor Drive

Waterford, Michigan [48329]


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN,

DETROIT DIVISION

ATTN: Article III Judge (s)

D/B/A: CHIEF JUDGE Sean F. Cox


Avery M. Jackson III,

                    Plaintiff(s)

vs.

UNITED STATES OF AMERICA et; al

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

D/B/A: IRS Agent Timothy R. Wolner,

D/B/A: IRS Agent Does and Roes,


and

DEPUTY ASSISTANT ATTORNEY GENERAL

D/B/A: DAVID A HUBBERT,

                    Defendant(s)

Case: 2:24-cv-12989
Assigned To : Edmunds, Nancy G.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/12/2024
Description: CMP Avery Michael Jackson, III v.
United States of America, et al. (JH)

**Complaint**

**Cause of Action of Accounting**

## FORMAL COMPLAINT

**LIST OF PARTIES**

Plaintiff:

**Avery M. Jackson III**
c/o: **2559 Stanmoor Drive**
**Waterford, Michigan [48329]**

Defendants:
INTERNAL REVENUE SERVICE
D/B/A: IRS Agent Timothy R. Wolner
Employee ID No. 1000849902
Attn: Internal Revenue Service
38275 West Twelve Mile Road, Ste 200
Farmington, Michigan [48331-3042]
USPS Certified Mail No: _____

Department of the Treasury
Internal Revenue Service, Does/Roes
Attn: Passport
PO Box 8208
Philadelphia, Pennsylvania [19101-8208]

DEPUTY ASSISTANT ATTORNEY GENERAL
D/B/A: **DAVID A HUBBERT**
c/o: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 2053

# TABLE OF CITATIONS

**CASES:**

Afroyim v. Rusk, 387 U.S. 253 (1967)

DELIMA v. BIDWELL, 182 U.S. 176, 179

EVANS v. GORE, 253 U.S. 245 (1920)

GERTH v. UNITED STATES, 132 F. SUPP. 894 (1955)

LORD v. KELLY, 240 F. SUPP 167, 169, (1965)

LONG v. RASMUSSEN, 281 f. 236 (1922)

Perry v. United States, 294 U.S. 330 (1935)

U.S.A. v. WISHART, Case No: CR-00-20227-JF

UNITED STATES OF AMERICA. v. ADAM STILLO SR and JOSEPH STILLO
  94-2678; 94-2679 [decided June 19, 1995] (C.A. 7th Circuit)

WILLIAMS v. UNITED STATES, 289 U.S. 553 (1933)

District of Columbia v. Woodbury, 136 U.S. 450 (1890); Barnes v. District of
Columbia, 91 U.S. 540 (1875)


48 FR 42637

September 19, 1983, [amended at 53 FR 43395) Oct. 26, 1988

54 FR 48998, November 28, 1989

55 FR 25534, June 21, 1990

55 FR 52801, December 21, 1990

59 FR 67061, December 28, 1994

61 FR 39214, July 26, 1996

63 FR 58603 October 30, 1998

63 FR 70293; December 18, 1998

64 FR 10549; March 4, 1999

68 FR 28088, May 22, 2003

McDade Act

Separation of Powers

## STATUTES:

**Title:**

Constitution for the United States; Article II, Sec.1. Clause 1 (2:1:1)

TITLE 26

TITLE 28

4 U.S.C. 110(d)

USAM TITLE 9 [Criminal Resource Manual 1760]

26 USC 7402 and 7403

26 C.F.R. 1.1(b)

26 USC 7701(a)(26)

26 USC § 1

26 U.S.C. 3121(e)

26 USC 7851 (A) (6)(A)

28 U.S.C. 547(1)

28 U.S.C. 530B

28 U.S.C. 295, 296, 297, 461(b)

28 U.S.C. 1332(d)

28 U.S.C. 2072 (B)

28 U.S.C. § 3002 (4)

TITLE 28 PARTV; CHAPTER 115 § 1746

31 U.S.C. 301(f)(2)

31 U.S.C. §§ 301-313


TITLE 22 CFR FOREIGN RELATIONS 92.18

31 CFR 363.6

50 USC 4312

SIXTH AMENDMENT

NINTH AMENDMENT

IRS 1040 FORMS

**CITED U.C.C.**

U.C.C. 1-201 (2))

U.C.C. 9-105

U.C.C. 1-201 (27)

U.C.C. 1-201 (14))

U.C.C. 3-302-(A) (2)

U.C.C. 5-102 (6))

## INTRODUCTION

Now Comes Aggrieved party's (U.C.C. §1-201 (2)) **Avery M. Jackson III©** ("Hereinafter" Aggrieved party), Sui Juris, Secured Party (U.C.C. §9-105), NONPERSON (U.C.C. §1-201 (27)), NON-RESIDENT, NON-DEBTOR (28 U.S.C. §3002 (4)), NON-CORPERATED, NON-FICTION, NON-SUBJECT, NON-PARTICIPANT in any Government programs, a Living flesh and blood man standing on the ground. Undiminished capacity (Perry v. United States, 294 U.S. 330 (1935), "Sovereignty resides in the people") NON-CITIZEN, under Special Appearance (Rule 8 (E)) not generally, NON-DEFENDANT (U.C.C. §1-201 (14)), Holder-In-Due-Course (U.C.C. §3-302 (A) (2)) of all documentation (U.C.C. §5-102 (6)) of the "Entity" Cestui Que Vie trust **Avery M. Jackson III©**, representing the Corporate Fiction: **AVERY MICHAEL JACKSON III.**

For The Claimant, is a "transient foreigner" without legal domicile as defined in [28 USC 1332 (d), 4 USC 110 (d). If the "State" (Legal Fiction) makes a claim against claimant herein declares this "person" to be "stateless person" (Afroyim v. Rusk, 387 U.S. 253 (1967)), citizenship is a personal property right of the citizen, not the Congress) and outside any/all general jurisdiction of the federal government. [All "stateless persons" fail to be subject to the jurisdiction of any federal courts because of being domiciled outside of the general jurisdiction of the federal government].

## CAUSE OF ACTION OF ACCOUNTING

Accounting: A cause of action for an accounting arises where there is a fiduciary relationship, such as where one party has a dispute with a guardian, trustee, receiver,

or other fiduciary who has control over assets of the party complaining. Accountings may also be ordered where the issues in a contract case, for example, are so complicated that it is not clear if the facts can be ascertained any other way and always where the underlying contract has provided for an accounting in the event of a dispute. When the complaining party has no separate access to the records, such as where a fiduciary like a trustee or guardian has the books, an accounting will almost never be denied, since the complaining party may have no other way to ascertain if the fiduciary has carried out his duties faithfully.

**Elements**

To successfully plead for an accounting, one should assert the following:

1. The existence of a fiduciary relationship or contract demands that are so extensive and

complicated that it is not clear that money damages alone are adequate.

2. Necessity for the accounting.

The remedy sought is one in equity, therefore the court has broad discretion in whether or not it will grant the relief sought. It is important, therefore, to allege sufficient facts to make clear that justice and fairness demand that an accounting be given.

**Defenses**

If the matter into which the other party seeks an accounting is one that is simple on its face, e.g., an oral agreement for performance of a clear-cut duty that involves no

fiduciary entrustment of assets, then this should be raised as a defense by way of motion to strike or dismiss.

**Comments**

The remedy of an accounting is almost always performed by a judge or special master appointed by the judge. Accountings are almost never submitted to a jury, because it is usually impractical for a jury to undertake the process.

Title 26 USC 6325(a)(2) applies in this relation as bonds drawn from Plaintiff's Treasury Direct Account were already tendered (UCC 3-603) for discharge of any/all outstanding liabilities, if any even exist.

## LEGAL STANDARD FOR CLAIM

To state a claim for relief, a pleading must contain: "(1) a short and plain statement of the grounds for the court's jurisdiction ... (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." FED. R. Crv. P. 8(a). As such, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashc1 oft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007)). "[T]o state a plausible claim for relief, the [defendant] must plead 'factual content that allows the court to draw the reasonable inference that the [plaintiff] is liable for the misconduct alleged.'" Sinaltrainal v. Coca-Cola Co., 578 F .3d 1252, 1268 (11th Cir. 2009) (quoting Iqbal, 556 U.S. at 678).

## SHORT CONCISE STATEMENT OF THE CASE

Defendant(s) operate(s) on presumption of liability. In this case that assumption of liability is false. This case is based upon premises of providing

defendant(s) an opportunity to present evidence of liability. Plaintiff is entitled to relief due to presumption of trespass. Because of the case of Loper Bright Enterprises v. Raimondo (Chevron overruled) No. 22–451. Argued January 17, 2024—Decided June 28, 2024, Administrative Agencies cannot operate on said presumption. Plaintiff demands relief and production of proof of liability with particularity stated hereafter, or an admission of lack of jurisdiction (contract) and lack of liability thereunto pertaining. Failure to produce is an admission of lack of liability.

## IRS REPRESENTATION ASSUMES FACTS
## SHOWN NOT IN EVIDENCE

THE IRS has had sufficient actual Notice(s) and ample opportunities to establish conclusively on any/all record(s) **of jurisdiction** on any/all Matter(s) as well the requisite power(s) of Attorney and delegation(s) of authority do exist, as a matter of law. Defendant's D/B/A: **IRS Agent Timothy R. Wolner AND Does/Roes**; letter of Notice of Intent to Levy, employed by the United States of America; any/all agent(s) bas failed to support its allegations that Defendants were/are Taxpayers. Defendant(s) failed to prove all conditions precedent had been met prior to commencing any tax "collections" and prior to commencing this action.

### Estate Subjected to Revesting of Legal with Equitable Title

Avery M. Jackson III has revoked "Legal Title" to Avery M. Jackson III's estate from the "common-law trustee" (Title 50 USC §4312), is not defined as an adult "minor" (Title 31 CFR §363.6) and owns both "Legal" and "Equitable" title to plaintiff's estate in accord with the merger rule (Restatement of the Law, 2nd,

Trusts). The former "common-law trustee['s]" office is domiciled in the District of Columbia, a MUNICIPAL CORPORATION, see District of Columbia v. Woodbury, 136 U.S. 450 (1890); Barnes v. District of Columbia, 91 U.S. 540 (1875).

> "The municipal corporation called the District of Columbia, created by the Act of June 11, 1878, 18 Stat. 116, c. 337, is subject to the same liability for injuries to individuals arising from the negligence of its officers in maintaining in safe condition, for the use of the public, the streets, avenues, alleys and sidewalks of the City of Washington, as was the District under the laws in force when the cause of action in Barnes v. District of Columbia, 91 U. S. 540, arose." Woodbury, supra.

As the office of the "common-law trustee" aka United States Attorney General, aka United States Army, General of the Attorneys, aka Alien Property Custodian, has his office domiciled inside of said MUNICIPAL COROPORATION, therein, any Grantor Trust to which said office would be the trustee, would fall within the confines of Title 26 USC 7701(a)(26) trade of business,

This is a matter of administrative estoppel by record with the United States Treasury and plaintiff's birth (banker) state in Basel II banking. Revoking and revesting title falls within the U.S. Const. Contract Clause, A1, S10, aka corresponding State Constitution, contract clause. Therein, defendants have no jurisdiction over the Avery M. Jackson III.

### IRS EVIDENCE OF FRAUD

The IRS initial Lien(s) "**did**" as well as "**presume**" that the Plaintiff is either a "federal citizen" or "resident alien" or that **Avery M. Jackson III**© holds a federal office of some kind (e.g. Title 26 USC 7701(a)(26)), neither of which is the truth of the matter. THE USDC neglected or refused to recognize these controlling class

distinctions, See, in, the regulation at 26 CFR 1.1 (b) which attempted to create a specified liability for all federal citizen(s) and all resident alien(s), but without a corresponding federal statute that created a liability for taxes imposed by IRC subtitle (A). Neither class is mentioned anywhere at IRC§ 1.

The **IRS is not** an organization within the <u>United States Department of the Treasury</u>. The U.S. Department of the Treasury was organized by statutes now codified in <u>Title 31</u> of the United States Code, abbreviated "31 U.S.C." The only mention of the IRS *anywhere* in 31 U.S.C. §§ 301-313 is an authorization for the President to appoint an Assistant General Counsel in the U.S. Department of the Treasury to be the Chief Counsel for the IRS. See <u>31 U.S.C. 301(f)(2)</u>.

Throughout <u>Title 28</u> of the United States Code -- the laws which govern all the federal courts -- the term "this title" clearly refers to Title 28. This fact would tend to support a conclusion that "this title", as that term is used in the IRC, refers to **<u>Title 26</u> of the United States Code. However, Title 26 has never been enacted into positive law, as such.**

*Even if* the IRS were a lawful bureau or department within the <u>U.S. Department of the Treasury</u> (which they are NOT), the existence of undue influence by the Executive Branch would violate the fundamental principle of Separation of Powers. This principle, in theory, keeps the 3 branches of the federal government confined to their respective areas, and prevents any one branch from usurping the lawful powers that rightly belong to the other two branches.

The Separation of Powers principle is succinctly defined in <u>Williams v. United States</u>, 289 U.S. 553 <u>(1933)</u>; however, in that decision the Supreme Court erred by defining "Party" to mean only Plaintiffs in <u>Article III</u>, contrary to the definition of "Party" that is found in Bouvier's <u>Law Dictionary</u> (1856).

The federal judiciary, contemplated by the organic <u>U.S. Constitution</u>, was intended to be independent and unbiased. These two qualities are the essence, or sine qua non of judicial power, i.e. without which there is nothing. Undue influence obviously violates these two qualities. See <u>Evans v. Gore</u> supra.

That further, I do hereby declare that I am not and I never was a "taxpayer" as that term is defined in the Internal Revenue Code, a "person liable" for any Internal Revenue tax, or a "person" subject to the provisions of that Code, and declare that I am, and have always been, a "non-taxpayer;" that courts have recognized and acknowledged that individuals can be non-taxpayers, "... for with them Congress does not assume to deal and they are neither of the subject nor of the object of revenue laws ... ," as stated by the Court in Long v. Rasmussen, 281 F. 236 (1922), and also Delima v. Bidwell, 182 U.S. 176, 179 and Gerth v. United States, 132 F. Supp. 894 (1955).

That said "**Form 1040**" contained no reference to any law or laws which would explain just exactly who is or is not subject to or liable for the income tax, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive my right to privacy secured by the 4th Amendment and my right to not having to be a witness against myself secured by the 5th Amendment

to the United States Constitution, and that the "Form 1040" would in itself constitute legal evidence admissible in a court of law, that the filer is subject to and liable for the income/excise tax even though and regardless of the fact that I, as a free individual, am actually and legally not subject to or liable for any income/excise tax and have no legal duty or obligation whatsoever to complete and file a "Form 1040.

**THEREFORE, SPECIFIC PERFORMANCE** in production of the following documents and data is DEMANDED to prove a liability.

### INFORMATION REQUESTED FROM AGENT'S

The hearing is not a necessity, but the following request(s) is as follows:

1. A copy of any/all documents maintained in the system of records identified as **Individual Master File (IMF)** specific and **not literal**; Data Service, Treasury/IRS 24.30 "**IMF MCC TRANSCRIPT SPECIFIC.**"

2. Individual Master File (IMF) Data Services, Treasury/24/30 "IMF MCC Transcript-**Complete**.

3. The "**OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER TRANSCRIPTS**" spelled exact as listed herein. (Note: I am not requesting the "Official Internal Revenue Service Non-Master Transcript" which does exist in your record systems. See IRM 3 .17.46 0-13 7 (1-1-96) Figure 3 for sample of document I am requesting.

4. A copy of **IRS present/future 668 (y)(c); 668 W (c) or 668 (A) (c) executed Under Penalty of Perjury.**

5. Please send requester a copy of all documents(s) maintained in the system of records as **Business Master File (BMF) specific and not literal, Data Service/IRS 24.046 for Social Security number: XXX-XX-9421.**

6. A copy of IRS Form 2644; Recommendation for Jeopardy or Termination Assessment (or its successor) issued against the Requester clearly listing the Document Locater Number (DLN) and Form 23 C Certificate of Assessment data.

7. A Copy of **IRS Form 2859; "Request for Quick or Prompt Assessment"** (or its successor).

8. A copy of **IRS FORM 3198** regarding requester prepared by the Agent(s).

9. A copy of the **IRS FORM 3210 "Document Transmittal"** (or its successor) in conjunction with "Fax Quick Assessment" procedure sent to the Accounting Branch in the Computer Services and Accounting Division.

10. A Copy of the **Master File (MF) assessment** provided to the ESP by the service center.

11. A Copy of the **NON-Master File (NMF)** assessment provided to the ESP by the service center.

12. If a Master File assessment was provided, then a copy of **IRS Form 3552 "Prompt Assessment Billing Assembly"** (or its successor form) **or TY-26 Form 17-A Statement of Tax Due** (or its successor).

13. A copy of **IRS FORM 4340 "Certificates of Assessments and Payments."**

14. A copy of **IRS Form 4549 or 4549 A** "Income Tax Examination Changes" (or its successors) containing the portion of the Tax Computation and copy of narrative sent to the service center Accounting Branch, Accounting and Control System, Journal and Ledger Unit.

15. A copy of the **IRS Form 5564 "Notice of Deficiency-Waiver"** clearly indicating the class of Tax from a specific Table source (activity, event, or commodity) upon which an excise tax can be measured to create a tax liability for a procedurally lawful, enforceable assessment.

16. If a Non-Master file assessment was provided, then a copy of **Form 6335** "**Statement of Tax Due**, The Internal Revenue Service" (or its successor).

17. A copy of **IRS Form 8166 "Revenue Accounting Control System Input Reconciliation Sheet."**

18. A copy of any/all **lawful Jeopardy Assessments.**

19. A copy of any/all **lawful Quick Assessments.**

20. A copy of any/all **lawful Prompt Assessments.**

21. A copy of any/all **lawful deficiency assessments.**

22. A copy of any/all lawful, procedurally proper assessments with supporting documents for each **non-tax penalty items**, such thing s as frivolous filings, etc.

23. A copy of any/all lawful, procedurally proper assessments with supporting documents for each non-tax penalty interest.

Any/all response(s) from any/all Agent(s) from the IRS shall be placed on the record on Court Case stated above.

## REQUEST FOR ARTICLE Ill COURT
## CERTIFICATE OF NECESSITY

Please accept this Notice and Demand as I **respectfully request** by me, **Avery M. Jackson III©**, sui-juris, alleged Citizen of **Michigan**, State, **(IPP/Title 18 USC §112)** expressly not a citizen of the United States ("federal citizen"), and Relator in the above entitled matter (hereinafter "Relator") to requesting to you Chief Justice of the United States a **Certificate of Necessity** that **you can designate and assign temporarily a competent and qualified judge** from the **Court of International Trade** to perform judicial duties in the honorable district court of the United States (DCUS). (See 28 U.S.C. 293, 296, 297, 461(b); also, **Evans v. Gore, 253 U.S. 245 (1920)**. The authority in **Evans** is particularly poignant **United States District Judges in America** are appointed to serve in either an **Article I** or in an **Article IV** capacity at the present time. In this capacity, said Judges do not enjoy the **explicit immunity**, which is found in Article Ill, Sec 1 ("3:1").

Since to this day, it is not clear of what this Cause is as requested, "Admiralty" nor less the civil cause that was changed, I must ask you as I have asked the others, what are we under, because no one wants to speak nor in written form of **what and where** we are at this present time. This Relater still would like the requested "Admiralty," but if you decided that the change was a legal mode, this relator wishes

to and as requested if we're playing the civil arena, **my request to carry on litigating this cause is still in an Article III Court of competent jurisdiction.**

In particular, for this case to move forward, this honorable court must be seated with a **competent** and **qualified judge who is not subject to any on-due executive or legislative influence whatsoever.**

**This means, among other things, that an Article III judge must be designated and temporarily appointed to preside over ALL PROCEEDINGS in this Instant Cause, who IS NOT A "TAXPAYER"** and whose integrity and independence from **all other governments and all other government branches are "unassailable" and beyond question.**

Relator hereby objects **strenuously** to the existence of any contract, either verbal or written, either expressed or implied in fact, between any currently seated United States District Judge, or **any controlling interests**, on grounds of conflicts of interest. This Relator is guaranteed the fundamental right to an independent and unbiased judiciary.

(See Evans v. Gore supra) The **existence of a contract** between the **presiding judge** and **any other branch of federal government, or any of its agencies, assigns, or instrumentalities, is evidence** of a **conflict of interest** and proof of a **dependent** and **biased judiciary.** (Also see Lord vs. Kelly, 240 F. Supp 167, 169, (1965) as well again in Evans vs. Gore.)

Relators NOTICE AND DEMAND, as made herein, now com.es properly before you:

(1) Chief Justice, d/b/a: **Sean F. Cox** to prepare a **Certificate of Necessity** and that you, **Sean F. Cox**, Chief Justice designate and assign temporarily a competent and qualified judge from the Article III Court of International Trade to perform Judicial duties.

(2) to file said Certificate in the official court record of the instant case; and

(3) to serve said certificate on all interested parties.

## POTENTIAL LIABILITY AGAINST ROGUE AGENTS

Title 26 USC 7214, states that,

**Offenses by officers and employees of the United States**
(a) Unlawful acts of revenue officers or agents **Any officer or employee of the United States acting in connection with any revenue law of the United States—**
    (1) **who is guilty of any extortion or willful oppression under color of law**; or
    (2) **who knowingly demands other or greater sums than are authorized by law**, or receives any fee, compensation, or reward, except as by law prescribed, for the performance of any duty; or
    (3) who with intent to defeat the application of any provision of this title **fails to perform any of the duties of his office or employment**; or
    (4) who conspires or colludes with any other person to defraud the United States; or
    (5) who knowingly makes opportunity for any person to defraud the United States; or
    (6) who does or omits to do any act with intent to enable any other person to defraud the United States; or
    (7) **who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return, or statement**; or
    (8) who, having knowledge or information of the violation of any revenue law by any person, or of fraud committed by any person against the United States under any revenue law, fails to report, in writing, such knowledge or information to the Secretary; or
    (9) **who demands**, or accepts, **or attempts to collect**, directly or indirectly as payment or gift, **or otherwise, any sum of money or other thing of value for the** compromise, **adjustment, or settlement** of **any charge** or **complaint for any** violation **or alleged violation of law, except as expressly authorized by law so to do**;

<u>shall be dismissed from office or discharged from employment and, upon conviction thereof, shall be fined not more than $10,000, or imprisoned not more than 5 years, or both</u>. The court may in its discretion award out of the fine so imposed an amount, not in excess of one-half thereof, for the use of the informer, if any, who shall be ascertained by the judgment of the court. The court also shall render judgment against the said officer or employee for the amount of damages sustained in favor of the party injured, to be collected by execution.

### State Taxation/Federal Taxation

In order to have a State tax liability a Federal tax liability must exist. It is common knowledge in the taxation arena that there exists an "AGREEMENT ON COORDINATION OF TAX ADMINISTRATION" between the STATE OF CALIFORNIA and the INTERNAL REVENUE SERVICE. Therein, if the UNITED STATES OF AMERICA et; al DEPARTMENT OF THE TREASURY D/B/A Internal Revenue Service/ INTERNAL REVENUE SERVICE cannot provide proof of liability then the STATE OF CALIFORNIA FRANCHISE TAX BOARD cannot either, [DIVERSIFIED METAL PRODUCTS v. T-BOW COMPANY TRUST, et. al., USDC ID, Case No. 93-405-E-EJL].

### FACTS/ISSUES AND RELIEF STATED BY PETITIONER

1. Title 26 has never been enacted.

2. Title 26 1.1 (b) in which attempted to create a specific liability for all Federal Citizen(s) and all resident alien(s); not without a corresponding "federal statue" that "created" a liability for taxes imposed by IRC Subtitle ("A"),

3. The Declaratory Judgment Act 28 U.S.C. §2201 bans all Federal Courts from declaring any proper party to be a "taxpayer" or "non taxpayer" specifically because

the statute bar of all federal courts from issuing declaratory judgment whenever the subject matter is federal taxes.

Petitioner never received Notice of **intent** for the said 1040; **Years 2017 to 2023** as well as an itemized RBA [Restitution Based Assessment]. This alone would permit petitioner to invoke Court's jurisdiction. This Letter of Notice to **intent** to seize (levy) shall be null and void NOT ONLY FOR JURISDICTIONAL ISSUES, but noncompliance of the above requested being put on the record.

Therein, Plaintiff requests that this court produce an Article III Judge as stated above.

Order Defendant(s) to produce the documents that demonstrate tax liability or admit that they do not exist.

Respectfully Submitted

(Avery M. Jackson III©

# EXHIBIT "A"
# COPY OF FILED
# FILINGS WITH THE SECRETARY OF STATE
# UCC-1; UCC 1 ad Form 56 W8BEN

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 06/12/2024 06:04:02 PM
Master ID: 20242053851
Validation Number: 20242053851
Amount: $8.00

## Debtor: (Organization)

Name: AVERY MICHAEL JACKSON III TRUST
Address1: 2559 STANMOOR DRIVE
Address2:
City: WATERFORD                State: MI           ZIP/Postal Code: 48329
Province:                      Country: United States

                                              The debtor is a transmitting utility.

## Debtor: (Organization)

Name: AVERY MICHAEL JACKSON III; NON-ADVERSE;
NON-BELLIGERANT; NON COMBATANT PRIVATE
FOUNDATION
Address1: 2559 STANMOOR DRIVE
Address2:
City: WATERFORD                State: MI           ZIP/Postal Code: 48329
Province:                      Country: United States

                                              The debtor is a transmitting utility.

## Secured Party: (Individual)

Last name: Jackson          First name: Avery        Middle name: Michael        Suffix: III
Address1: 2559 STANMOOR DRIVE
Address2:
City: WATERFORD                State: MI           ZIP/Postal Code: [48329]
Province:                      Country: United States

## Collateral

**Description:**
Please see attached images for full collateral description and contractual agreements.

## Optional Information

## Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

## Optional filer reference data/miscellaneous information:

Bailee/Bailor shall mean the same as Secured Party/Debtor. All collateral is held under trust. UCC 1-308

## Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Avery Jackson) UCC1 Packet | (Avery Jackson) UCC1 Filing Packet.pdf | 1994375 | PDF |
| 2 | (Avery Jackson) UCC1 Packet | (Avery Jackson) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 170488 | PDF |

Attachment #: 1                    **(Avery Jackson) UCC1 Packet**

File name: (Avery Jackson) UCC1 Filing     Uploaded: 06/12/2024 05:54:14 PM
Packet.pdf

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO   (Name and Address)**

Avery-Michael: Jackson III
c/o: 2559 Stanmoor Drive,
Waterford, Michigan [48329]
Non-Domestic  Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AVERY MICHAEL JACKSON III TRUST© | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2599 STANMOOR DRIVE, | WATERFORD | Michigan [48329] | USA |

**2. DEBTOR'S NAME** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AVERY MICHAEL JACKSON III TRUST: NON-ADVERSE: NON-BELLIGERENT: NON COMBATANT PRIVATE FOUNDATION | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2599 STANMOOR DRIVE, | WATERFORD | Michigan [48329] | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Jackson III | Avery-Michael: | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| c/o 2559 Stanmoor Drive, | Waterford | MI [48329] | USA |

**4. COLLATERAL** This financing statement covers the following collateral

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate, AVERY MICHAEL JACKSON III in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom, nunc pro tunc, contracts agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the "Straw-man." This legis Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debt for entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same. All Certificates of Birth Document 121-68-02343, SSN/UCC Contract Trust Account-prepaid account Number: 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: Exemption Identification Number: 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, is herein liened and claimed at a sum certain $100,000,000.00, also registered, Security Agreement No 02091968-AMJ-SA Hold Harmless & Indemnity Agreement No 02091968-AMJ-HHIA, Copyright under item no: 02091968-AMJ-CUC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Co de. Trustee/Secured Party: Avery-Michael: Jackson III is living flesh and blood sojourning upon the soil of the land known as Michigan, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se nd ad se non pertinent. All property currently held or outstanding belongs to the

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA**
Date: 05/20/2024

No Documentary Tax Stamp Required

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

AVERY MICHAEL JACKSON III TRUST:

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME   Provide only <u>one</u> name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

Trust administered by Trustee Secured Party. Title 46 USC 31343 and Article 4 and 5 of the International Convention on Maritime Liens and Mortgages 1993. Held at the Palis Des Nations, Geneva, From April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest)

16. Description of real estate

17. MISCELLANEOUS

# Continuation from "12. ADDITIONAL SPACE ITEM FOR 4." #02091968-AMJ-CAD

1. All Comprehensive Annual Financial Reports, All Comprehensive Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, Service of:
   a. All Organic Codification National and Regional Constitutional Trust, Indenture Organizations and Their Political Subdivisions;
   b. All Organic Un codification National and Regional Constitutional Trust Indentures Organizations And their Political Subdivisions;
   c. All Religious government Trust Indentures Organizations and their Ecclesiastical Provinces, Metropolitans.

2. All Sworn Oaths, All Sworn Affirmations, All Sworn Insurance Providers for All Agents, Employees, And Officers of the above list of Organizations.

3. All Annual Financial Reports, All Comprehensive Net Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, and Service of all Adverse, Belligerent, and/or Combatant Participant Non Political Entities such as a Corporation(s), and voluntary Associations, whether Incorporated or Not, whether by, Licenses, Registrations, Records, Permits, or Certification;
   a. All Adverse, Belligerent, and/or Combatant Participants, Non-Political Entities Licenses, Registrations, Records, Permits, Memorandums, and ARTICLES OF ASSOCIATIONS.

4. Entire List of Securities is in the Individual Organization's Public Record; Registrations, Library Catalogs, and other data depositories and Repositories.

Collateral Security list shall hold the Trustee/Secured Party as Priority, Primary, and/or True Legal and Lawful filer as Trustee/Secured Party as Evidence in Fact by Secretary of State according to him/her authority grants truth by his/her witness to this Security List:

Collateral Security List herein is with acceptance and return for full legal and lawful Exchange all value is Legally and Lawfully Exempt from Levy. UCC-1 Collateral Statement for AVERY MICHAEL JACKSON III Trust

# HOLD HARMLESS AND INDEMNITY AGREEMENT

## Non-Negotiable - Private Between the Parties:

DEBTOR:
AVERY MICHAEL JACKSON III TRUST
c o: 2599 STANMOOR DRIVE,
WATERFORD, MICHIGAN [48329]
  and all derivatives and variations in the spelling of said name

TRUSTEE SECURED PARTY:
Avery-Michael: Jackson III
c o: 2559 Stanmoor Drive,
Waterford, Michigan [48329]
  united States of America

**TRUSTS Identifying Numbers:** 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, 121-68-02343 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: AVERY MICHAEL JACKSON III TRUST " and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "TRUST", except, Avery-Michael: Jackson III, the living, breathing, flesh-and-blood man, known by the distinctive appellation Avery-Michael: Jackson III hereinafter "Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 02091968-AMJ-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and or neuter, and the singular numbers includes the plural. Trustee accepts TRUST'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

_AVERY MICHAEL JACKSON III_
AVERY MICHAEL JACKSON III TRUST '
TRUST's Signature, Copyright 1986.

Avery-Michael: Jackson III - Trustee Secured Party 's Signature.
Authorized Representative. All Rights Reserved.
Without Prejudice Without Recourse

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

S.T. Rice J.D.

First Witness Signature

Address: _____
On the county at Large, riverside
do: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature

Address: S T. Rice, J D. (#860821 fed Tr Cir Ct
On the county at-Large, riverside
Non-Domestic
c/o  28039 Scott Road, Unit D-350
Murrieta, California [92563]

# COMMON LAW COPYRIGHT NOTICE

## copyright © 1986 AVERY MICHAEL JACKSON III TRUST.

Notice Provided Under Certified Mail No. 9589 0710 5270 0835 8916 10

Lawful/Legal Notice provided to:

_____

_____

_____

**This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.**

### Copyright Notice: All rights reserved

Copyright of trade-name/trademark AVERY MICHAEL JACKSON III © TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: AVERY MICHAEL JACKSON III TRUST ©, JACKSON III ©, AMJ©, AVERY MICHAEL JACKSON III © JACKSON III AVERY MRS, MR JACKSON, III © or any derivatives thereof are under Copyright 1986. Said common-law trade-name trademark AVERY MICHAEL JACKSON III TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever without the prior, express, written consent and acknowledgment of Trustee Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent Trustee Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of AVERY MICHAEL JACKSON III ©, and **all such unauthorized use is strictly prohibited.**

**By receipt of this notice, you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**

**You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology, or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice, then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and AVERY MICHAEL JACKSON III TRUST is Secured Party, and signifies that User

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

   c) Grants Trustee TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described until User's contractual obligation theretofore incurred has been fully satisfied.

   e) Waives all defenses. Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1986 AVERY MICHAEL JACKSON III TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Avery-Michael: Jackson III, Autograph Common Law Copyright 1986. Unauthorized use of "Avery-Michael: Jackson III" incurs same unauthorized-use fees as those associated with AVERY MICHAEL JACKSON III TRUST , as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Avery-Michael: Jackson III TTEE

Without Prejudice/Without Recourse

On behalf of AVERY MICHAEL JACKSON III TRUST ,
Copyright 1986. All Rights Reserved.

Phone:
E-Mail:
Or the address provided on the envelope.

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below.

First Witness Signature
Address: On the county at Large, riverside
c/o 28039 Scott Road, Unit D 350
Murrieta, California [92563]

Second Witness Signature
Address: S.T. Rice; ID-[#86082]Fed. ii-Cir-Ct
On the county at Large, riverside
Non-Domestic
c/o 28039 Scott Road, Unit D 350
Murrieta, California [92563]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

| | | |
|---|---|---|
| Name of person for whom you are acting (as shown on the tax return)<br>AVERY MICHAEL JACKSON III TRUST© | Identifying number<br>EIN66-6055294 | Decedent's social security no.<br>386-88 9421 |

Address of person for whom you are acting (number, street, and room or suite no.)
2599 STANMOOR DRIVE.

City or town, state, and ZIP code (If a foreign address, see instructions.)
WATERFORD, MICHIGAN [48329]

Fiduciary's name
JANET YELLEN, et al D.B.A. SECRETARY OF TREASURY (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVENUE. NORTH WEST

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DISTRICT OF COLUMBIA [20220] | ( 202 ) 622-2000 |

## Section A.  Authority

1   Authority for fiduciary relationship. Check applicable box:
   a   ☐ Court appointment of testate estate (valid will exists)
   b   ☐ Court appointment of intestate estate (no valid will exists)
   c   ☐ Court appointment as guardian or conservator
   d   ☑ Valid trust instrument and amendments
   e   ☐ Bankruptcy or assignment for the benefit or creditors
   f   ☐ Other. Describe ▶
2a  If box 1a or 1b is checked, enter the date of death ▶
2b  If box 1c – 1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☑ Income   ☐ Gift  ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
   ☐ Excise   ☐ Other (describe) ▶

4   Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709   c☐ 940   d☐ 941, 943, 944
   e☐ 1040, 1040-A, or 1040-EZ  f☑ 1041   g☐ 1120  h☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here   ▶ ☐
   and list the specific years or periods ▶

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box .   ▶ ☐
   and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
   form number.

Complete only if the line 6 box is checked.

| If this item<br>is checked: | Enter year(s) or period(s) | If this item<br>is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.**   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

**Part II**    **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated | |
|---|---|---|
| Address of court | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time   [ ] a m   [ ] p m | Place of other proceedings |

**Part III**    **Signature**

TRUSTEE On behalf of AVERY MICHAEL JACKSON III TRUSTE

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer

**JANET YELLEN**     By appointment of

| Fiduciary's signature | United States Secretary of Treasury | |
| | Title, if applicable | Date |

Form **56** (Rev. 12-2011)

**ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:**

**By appointment you Janet Yellen have been chosen to act as fiduciary in re AVERY MICHAEL JACKSON III TRUSTe. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting "Lawful", open, notorious, public notice of the subject matter executed & presented in good-faith U.C.C. § 1-201(19), U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const Art 1:8,17-18, by the real party in interest Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** from "Lawful" private "Trust jurisdiction [as defined within, 26 U.S.C. § 7701(a)(3)"; 8 U.S.C. § 101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES' incorporated thereof, e.g., inter alia, but not limited to, STATE OF MI, STATE OF MICHIGAN and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., as defined within 26 U.S.C. § 7701(a)(26),"] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxes Lessee 8 U.S. 209; 2 L.E. 598 (1808), and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/121-68-02343 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in AVERY MICHAEL JACKSON III TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice for cause.

Trustee Secured Party: Avery-Michael: Jackson III
on behalf of AVERY MICHAEL JACKSON III TRUST
All Rights Reserved. Without Prejudice. UCC 1-308

**WITNESSES**

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:   On the county at Large, riverside
c/o 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:   the county at large; riverside
Non-Domestic
c/o 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Notice Concerning Fiduciary Relationship     Item # 02091968-AMJ-F56-US

| Form **56** | **Notice Concerning Fiduciary Relationship** | OMB No 1545-0013 |
|---|---|---|
| (Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | (Internal Revenue Code sections 6036 and 6903) | |

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return)<br>AVERY MICHAEL JACKSON I  TRUST e | Identifying number<br>EIN66-6055294 | Decedent's social security no.<br>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 |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
2599 STANMOOR DRIVE,

City or town, state, and ZIP code (if a foreign address, see instructions.)
WATERFORD, MICHIGAN [48329]

Fiduciary's name
FRANCISCO ALICEA, et al D.B.A. SECRETARY OF TREASURY    (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
C/O DEPARTMENT DE HACIENDA  P.O. BOX 9024140

| City or town, state, and ZIP code<br>SAN JUAN, PUERTO RICO 00902-4140 | Telephone number (optional)<br>( 787 )  721-2020 |
|---|---|

### Section A.  Authority

1  Authority for fiduciary relationship. Check applicable box:

a  ☐ Court appointment of testate estate (valid will exists)
b  ☐ Court appointment of intestate estate (no valid will exists)
c  ☐ Court appointment as guardian or conservator
d  ☑ Valid trust instrument and amendments
e  ☐ Bankruptcy or assignment for the benefit or creditors
f  ☐ Other. Describe ▶

2a  If box 1a or 1b is checked, enter the date of death ▶

2b  If box 1c — 1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

3  Type of taxes (check all that apply): ☑ Income    Gift ☐  Estate  ☐ Generation-skipping transfer    Employment
☐ Excise   ☐ Other (describe) ▶

4  Federal tax form number (check all that apply): a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040, 1040-A, or 1040-EZ  f ☑ 1041   g ☐ 1120  h ☐ Other (list) ▶

5  If your authority as a fiduciary does not cover all years or tax periods, check here .     ▶ ☐
and list the specific years or periods ▶

6  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box .     ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item<br>is checked | Enter year(s) or period(s) | If this item<br>is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                    Page **2**

## Part II    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
|---|---|---|---|
| Address of court | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m.  Place of other proceedings ☐ p.m. |

## Part III    Signature

TRUSTEE On behalf of AVERY MICHAEL JACKSON III TRUST°

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer

**Please Sign Here**

*FRANCISCO ALICEA* AVERY MICHAEL JACKSON III TRUST° Secretary of Treasury

By appointment of

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you FRANCISCO ALICEA have been chosen to act as fiduciary in re Avery Michael Jackson III TRUSTe. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

Otherwise this document will act as PUBLIC NOTICE and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting "Lawful", open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h) U.S.C.A. Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due Course **(HDC)** of this and all related documents and instruments.

TAKE SPECIAL NOTICE From "lawful" private Trust jurisdiction [ as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14) 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF MI, STATE OF MICHIGAN, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia . Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting, within a State; That Congress cannot create a trade or business, [i.e., as defined within 26 U.S.C. § 7701(a)(26),]  tax it; [See inter alia, License Tax Cases, 72 U.S. 462, 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee 8 U.S. 209, 2 L.E 598 (1808), and Yick Wo v. Hopkins, 118 U.S. 356 6 S Ct 1064 (1886)].  All accounts in relation to 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/121-68-02343 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in AVERY MICHAEL JACKSON III TRUST° as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause.

Trustee Secured Party: Avery-Michael: Jackson III
on behalf of AVERY MICHAEL JACKSON III TRUST
All Rights Reserved. Without Prejudice UCC 1-308

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:
On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:    S.T. Rice  J.D. IR000087/Fed Ir Cir Ct
the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Notice Concerning Fiduciary Relationship                        Item # 02091968-AMJ-F56-PR

| Form **W-8BEN** | Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human) | |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ For use by humans. Entities must use Form W-8BEN-E.<br>▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |

**Do NOT use this form if:**                                                                    **Instead, use Form:**

- You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.)            W-8BEN-E

- You are a statutory U.S. citizen or other U.S. person, including a resident alien individual            W-9

- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S (other than personal services)            W-8ECI

- You are a beneficial owner who is receiving compensation for personal services performed in the United States            8233 or W-4

- A person acting as an intermediary            W-8IMY

### Part I    Identification of Non-Resident Non-Taxpayer (see instructions)

| 1 | Name of human applicant<br>Avery-Michael: Jackson III | 2 | Country of nationality<br>American National |
|---|---|---|---|

| 3 | Mailing address (Not a domicile or residence. Don't have a domicile or residence) (street, apt. or suite no., or rural route).<br>C/O 2559 Stanmoor Drive, |
|---|---|

| City or town, state or province. Include postal code where appropriate.<br>Waterford, Michigan [48329] | Country<br>united States of America |
|---|---|

| 4 | Mailing address (if different from above) |
|---|---|

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|

| 5 | U.S. taxpayer identification number (SSN or ITIN), if required (not required)<br>NONE (Not required. See 31 CFR 306.10, 31 CFR 103.34(a)(3)(x); W-8BEN Inst p.1,2,4,5 (Cat 25576H); W-8 Supp. Inst, p.1,2,6 (Cat. 26696G); Pub. 515 Inst. p.7; Form 1042-s Inst p.1,14) | 6 | Foreign tax identifying number (see instructions) |
|---|---|---|---|

| 7 | Reference number(s) (see instructions) | 8 | Date of birth (MM-DD-YYYY) (see instructions)<br>02/09/1968 |
|---|---|---|---|

### Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the non-resident is a resident of .......................................................... within the meaning of the income tax treaty

between the United States and that country.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ..................... of the treaty identified on line 9 above to claim a ............................... % rate of withholding on (specify type of income) .........................

Explain the reasons the non-resident meets the terms of the treaty article: ......................................

### Part III    Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify from without the "United States" that

- I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C 7701(a)(9) and (a)(10),

- The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1441-1(c)(3) respectively, would have to hold a public office to be any of these entities, and does not consensually hold such an office.

- The earnings to which this form relates are:<br>(a) not effectively connected with the conduct of a "trade or business" (public off ce per 26 U.S.C. §7701(a)(26)) in the United States (government),<br>(b) not earned from sources within the geographical "United States" defined in 26 U.S.C. §7701(a)(9) and (a)(10),<br>(c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office)<br>(d) not subject to withholding because not statutory "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer".

- The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and

- For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

| Sign Here | ▶ *[signature]* | May 20, 2024 |
|---|---|---|
| | Signature of non-resident (or individual authorized to sign for non-resident) | Date (MM-DD-YYYY) |
| | Avery-Michael: Jackson III | Trustee |
| | Print name of signer | Capacity in which acting (if form is not signed by non-resident) |

**For Paperwork Reduction Act Notice, see separate Instructions.**            Cat. No. 25047Z            Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

## (International) Commercial Affidavit

This Affidavit in regard to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trustees stature as a Non-Resident/Non-Person in regard to U.S. Inc. (Id)\*** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, <u>evidenced</u>, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 02/01/<YEAR 18> the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17· 18."] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

Trustee/Secured Party: **Avery-Michael**: Jackson III
All Rights Reserved, Without Prejudice. [UCC 1-308]

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:    **On the county at Large, riverside**
c/o: 28039 Scott Road, Unit D-350
Murrieta  California [92563]

Second Witness Signature
Address    S.T. Rice, J.D. [#8608/] Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o. 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Tracking No. 9589 0710 5270 0835 8916 89

TO: Secretary of the Treasury / I.M.F.
C/O DEPARTMENT DE HACIENDA
P.O. BOX 9024140,
SAN JUAN, PR 00902-4140

# PRIVATE REGISTERED
# BOND FOR INVESTMENT
### Value of Bond is: $100,000,000.00
## ONE HUNDRED MILLION U.S. DOLLARS



**PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE: LIVE BIRTH 121-68-02343/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 for Investment at the discretion of the Secretary of the Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary**

**Attention: Fiduciary/Receiver:**

The below Undersigned Principal, Avery-Michael: Jackson III on behalf of the AVERY MICHAEL JACKSON III ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated on Certificate of Live Birth under Number 121-68-02343. Current value accepted and issued as credit as indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing of the credit assured therein.
Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law 73-10 and Chap. 48, 48 Stat. 112.

 **BOND ORDER** 

You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of speculation. This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a maturity date of 100 years hence bearing 1% interest per annum for a full value of $100,000,000 at maturity date. This credit we issue with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury that we make with no request for money up front. In return we would like the treasury to use the credit of ONE HUNDRED MILLION DOLLARS ($100,000,000) to make investment(s) of at least 2% per annum in safe non-speculative investments, 1% of which will be held on account or reinvested to continue to accrue and roll over to cover the bonds value at maturity. Please also note the below Trust Name & Address to be used for anything over the 1% per annum divisible on biannual basis accordingly available after the first term from the date of receipt indicated on the green card return receipt from acceptance. Please send overages in the form of a check for use by the trust in operations and other investments. This agreement creates full security of the funds as you are guaranteed to be paid as they will accrue in your control, furthermore we will also pledge the current and future assets of the trust as a guarantee of payment in full upon maturity or if it pleases the treasury to reissue another bond on the same basis. This Bond shall be ledgered as an asset to mature in One-Hundred (100) years from the date of issuance. The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond.
All overages held and not distributed may be used at the discretion of AVERY MICHAEL JACKSON III ESTATE/ TRUST for set-off of any private, commercial, corporate or Public, bills, taxes, debts, money claims, demand(s), for payment(s) and the like, used in any regular course of business affairs as well as backing for for lending at institutions lines of credit, to transmit electronic telex or other instruction to the vendor/creditor to remove 'ledgered debt' from their books or for discharge/set off for adjustment of account for settlement and/or closure. Void where prohibited by law.

Trustee/Secured Party: _____

on behalf of *AVERY MICHAEL JACKSON III*
℅ 2559 STANMOOR DRIVE
WATERFORD, MICHIGAN [48329]

This instrument is backed by the full faith and credit of AVERY MICHAEL JACKSON III TRUST℗

Item 02091968-AMJ-PRB

Attachment #: 2                    **(Avery Jackson) UCC1 Packet**


File name: (Avery Jackson) SR&A Limited Power    Uploaded: 06/12/2024 05:54:32 PM
of Attorney COUNTERSIGNED.pdf

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY

**ooOoo**

**By --**

**Avery Michael Jackson III**, Grantor, currently receiving his written communications in care of 2559 Stanmoor Drive, Waterford, Michigan [48329].

**Upon--**

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./**Non-Bar**), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to his estate; and

2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and

3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and

4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and

5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and

6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and

7. using the signature stamp of Grantor to perform the functions stated in this instrument; and

8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies**.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document

*Sign your name in this space*

**Avery Michael Jackson III**, Grantor

_____ state )

_____ county )

**WITNESSED BY NOTARY**

**Shelley Govan**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires January 16, 2029
Acting in the County of _____

subscribed and affirmed

On this, the _ day of _____, 2024 the assignor and grantor, **Avery Michael Jackson III**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same, for the purpose(s) defined and set forth herein.

**Notary Signature above this line**

seal

**Acceptance of Agreement**

S.T. Rice J.D.

S.T. Rice, J.D.

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 06/12/2024 06:24:15 PM
Master ID: 20242053851
Validation Number: 20242053852
Amount: $8.00

## Initial Financing Statement

File #: 20242053851          File Date: 06/12/2024 06:04:02 PM          Filing office:  Secretary of State

This amendment is an assignment.

### Debtor: (Organization) - Added

Name: Avery Jackson III
Address1: MICHIGAN SECRETARY OF STATE
Address2: 430 West Allegan Street

| City: Lansing | State: MI | ZIP/Postal Code: 48933 |
|---|---|---|
| Province: | Country: United States | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Avery M. Jackson III
Address1: DMC Harper University Hospital
Address2: 3990 John R Street

| City: Detroit | State: MI | ZIP/Postal Code: 48201 |
|---|---|---|
| Province: | Country: United States | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Avery Michael Jackson III
Address1: MICHIGAN SECRETARY OF STATE
Address2: 430 West Allegan Street

| City: Lansing | State: MI | ZIP/Postal Code: 48933 |
|---|---|---|
| Province: | Country: United States | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: JACKSON BABY BOY
Address1: DMC Harper University Hospital
Address2: 3990 John R Street

| City: Detroit | State: MI | ZIP/Postal Code: 48201 |
|---|---|---|
| Province: | Country: United States | |

Collateral is held in a Trust.

## Assignor (Individual)

| Last name: Jackson | First name: Avery | Middle name: Michael | Suffix: III |
|---|---|---|---|

Address1: c/o: 2559 STANMOOR DRIVE
Address2:

| City: WATERFORD | State: MI | ZIP/Postal Code: [48329] |
|---|---|---|
| Province: | Country: United States | |

## Collateral

This amendment adds collateral

**Description:**

All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

## Optional Information

### Optional filer reference data/miscellaneous information:

See attached images, and Legal Notice & Demand.

## Authorizing Party (Secured Party): (Individual)

Last name: Jackson       First name: Avery       Middle name: Michael       Suffix: III
Address1: c/o: 2559 STANMOOR DRIVE
Address2:
City: WATERFORD         State: MI           ZIP/Postal Code: [48329]
Province:                Country: United States

## Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Avery Jackson) UCC1 Amendment Data Sheet | (Avery Jackson) SOS UCC1 Amendment filing Data sheet.pdf | 104799 | PDF |
| 2 | (Avery Jackson) UCC1 Amendment Data Sheet | (Avery Jackson) Legal Notice & Demand SIGNED.pdf | 301022 | PDF |
| 3 | (Avery Jackson) UCC1 Amendment Data Sheet | (Avery Jackson) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 170488 | PDF |

Attachment #: 1

# (Avery Jackson) UCC1 Amendment Data Sheet

File name: (Avery Jackson) SOS UCC1 Amendment filing Data sheet.pdf

Uploaded: 06/12/2024 06:20:05 PM

**UCC Financing Statement Amendment/Assignment**

Current Record: Master ID: 20242053851
Validation Number:

**Debtor: (Organization)**
Avery M. Jackson III
DMC Harper University Hospital
3990 John R Street, Detroit, Michigan [48201]

**Debtor: (Organization)**
Avery Michael Jackson III
MICHIGAN SECRETARY OF STATE
430 West Allegan Street, Lansing, Michigan [48933]

**Debtor: (Organization)**
Avery Jackson III
MICHIGAN SECRETARY OF STATE
430 West Allegan Street, Lansing, Michigan [48933]

**Debtor: (Organization)**
JACKSON BABY BOY
DMC Harper University Hospital
3990 John R Street, Detroit, Michigan [48201]

**Secured Party: (Individual)**
Avery-Michael: Jackson III
c/o: 2559 Stanmoor Drive
Waterford, Michigan [48329]

**Collateral:**
**Description:**
All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

**Real estate information:**
This finance statement covers as-extracted collateral.

Description of the real estate covered by this financing statement:
Reference **Michigan** state file number/local registration district and certificate number **121-68-02343**; and all claims made by the **STATE OF Michigan DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, UNITED STATES TREASURY** against **AVERY MICHAEL JACKSON III**.

**Name of a record owner of above-described real estate (if debtor does not have a record interest):**
Organization: Michigan State Department of Health
Address1: Vital Records Certification Unit
Address2: 333 South Grand Avenue, Lansing, Michigan [48933]

**Alternative Designation:**
In this financing statement, the terms "debtor" and "secured party" shall be read to mean:
Bailee/Bailor

**Optional filer reference data/miscellaneous information:**
Debtor is a Trustee acting with respect property held in Trust.

Attachment #: 2

# (Avery Jackson) UCC1 Amendment Data Sheet

File name: (Avery Jackson) Legal Notice & Demand SIGNED.pdf

Uploaded: 06/12/2024 06:20:29 PM

Space above this line for recording purposes only

# LEGAL NOTICE AND DEMAND
## FIAT JUSTITIA, RUAT COELUM
### *(Let right be done, though the heavens should fall)*



NON WAR
POWERS ACT
FLAG

## To: All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
#### Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Avery-Michael: Jackson III or the trust in representation thereof. This Contract being of honor is presented under the **"Good Faith (Oxford) Doctrine."**

For a Collateral list that is subject to this documentation please see both Security Agreement under
Item No.: 02091968-AMJ-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A" and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

I, Avery-Michael: Jackson III, Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification, not an agreement/ omission/ contract/ covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact; not:

| | | |
|---|---|---|
| 1) a Strawman Vessel in Commerce, | | 1) the "United States of America", |
| 2) Corporate Fiction | | 2) the "government of the United States" |
| 3) Legal Entity, | of, for, by, or to | 3) the "State of Michigan", |
| 4) *ens legis*, | | 4) or to <u>UNITED STATES Corporation</u>" |
| 5) or Transmitting Utility, | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States Inc." or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF MICHIGAN", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is not:

| | |
|---|---|
| 1) a citizen within; | to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also |
| 2) surety for; | known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or |
| 3) subject of; | by whatever name it may currently be known or be hereafter named, (excluding the |
| 4) an officer of; | "united states of America" and the "government of the United States as created in |
| 5) and does not owe | the original "Constitution for the united States of America", circa 1787") or any of |
|     a. allegiance, | its agencies, or sub-Corporations, including but not limited to any de facto compact |
|     b. fealty, bond, | (Corporate) commercial STATES contracting therein, including but not limited to |
|     c. undertaking, | the "STATE OF MICHIGAN", or by whatever name it may currently be known or |

d.  obligation,                   hereafter named (excluding the, "Republic of MICHIGAN"), and the like.
e.  duty,
f.  tax,                          This is now being a matter of public record.
g.  Impost,
h.  or tribute

**The Vessel in Commerce** known as AVERY MICHAEL JACKSON III© initially created as a trust (also known by identifying numbers 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/121-68-02343) by the Government/Parents for the benefit of the Undersigned, Avery-Michael: Jackson III as beneficiary on 02/09/1968. On Monday, May 20, 2024 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of AVERY MICHAEL JACKSON III© for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1)  matters are not being handled with efficiency
2)  in many respects matters are not being taken care of at all
3)  usurpation of funds is occurring
4)  there is rampant fraud and deceit
5)  position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
*"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "*
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. AVERY MICHAEL JACKSON III© TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Avery-Michael: Jackson III, a Natural man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as AVERY MICHAEL JACKSON III TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, AVERY MICHAEL JACKSON III© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Avery-Michael: Jackson III, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowingly, not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to AVERY MICHAEL JACKSON III© and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name AVERY MICHAEL JACKSON III© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, AVERY MICHAEL JACKSON III© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Michigan" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF MI", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the MI SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

Remember in taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of Michigan against all enemies, foreign and domestic, that violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace.  The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act.  These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

| | |
|---|---|
| **-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass** | without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority** | as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, to per officer, official, agent, or Representative involved. |
| **-Assault and Battery with Weapon:** | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Unlawful Distraint, Unlawful Detainer, or False Imprisonment:** | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| **-The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:** | $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property. |

| | |
|---|---|
| -Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after occurrence, being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the Trust against his Will: | $2,000,000.00 (Two Million) US Dollars, per occurrence per officer, official, agent, or Representative involved. |

| | |
|---|---|
| Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property | including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. |

| | |
|---|---|
| The Undersigned does not grant entrance under any Circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of MICHIGAN", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

## IGNORANCE OF THE LAW IS NO EXCUSE

I, **Avery-Michael: Jackson III**, Trustee/Secured Party/Bailee am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Michigan." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Michigan", i.e., "Republic of Michigan", or to your "<u>UNITED STATES CORPORATION</u>", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF MICHIGAN", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date on this legally binding **Statute Staple Security Instrument**.

## ATTENTION:

Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted.

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever.

<u>You have Thirty</u> (30) days, from the date of receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) signed, certified, authenticated documents of the laws that rebut these declarations point by point
2) In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
    a.  full legal name
    b.  address;
    c.  name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
    d.  supervisor's name and mailing address
5) certified copy of oath(s) of office if such is required by law;
6) if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7) if the person is required by law to be bonded
    a.  a certified copy of the person's official bond,
    b.  name, address, and phone number of the bonding company;
8)      if covered by a corporate insurance policy
    a.  a certified copy of the insurance policy
    b.  the name, address, and phone number of the insurance company
9)      if a beneficiary of a CAFR
    a.  a certified copy of the CAFR policy
    b.  the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C. 911 impersonating a U.S. citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C. 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations.

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty-Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Michigan", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty-Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid

on the whole. And the aforesaid Twenty-Five shall swear that they will faithfully observe all the foregoing and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from anyone, either through itself or through another, by which the powers of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both, and shall forfeit his office and shall be disqualified from holding any office under the United States."

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

LS: _____
Avery-Michael: Jackson III

### WITNESSES

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Avery-Michael: Jackson III to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Michigan", i.e., "Republic of Michigan", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF MICHIGAN", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

_____
First Witness Signature
Date:          -    -

On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

_____
Second Witness Signature
Date:          -    -

S.T. Rice, J.D. (#86082) Fed. Tr Cir. Ct
On the county at Large, riverside
Non-Domestic
c/o 28039 Scott Road, Unit D-350
Murrieta, California [92563]

**(Avery Jackson) UCC1 Amendment Data Sheet**

File name: (Avery Jackson) SR&A Limited Power    Uploaded: 06/12/2024 06:20:51 PM
of Attorney COUNTERSIGNED.pdf

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY

## ooOoo

### By --

**Avery Michael Jackson III**, Grantor, currently receiving his written communications in care of 2559 Stanmoor Drive, Waterford, Michigan [48329].

### Upon--

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./**Non-Bar**), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to his estate; and
2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and
3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and
4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and
5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and
6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and
7. using the signature stamp of Grantor to perform the functions stated in this instrument; and
8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies.**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

Sign your name in this space

**Avery Michael Jackson III**, Grantor

_____ state )

_____ county )

**WITNESSED BY NOTARY**    Shelley Govan
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires January 16, 2029
Acting in the County of _____

subscribed and affirmed

On this, the _ day of _____, 2025 the assignor and grantor, **Avery Michael Jackson III**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same for the purpose(s) defined and set forth herein.

seal

Notary Signature above this line

Acceptance of Agreement

S.T. Rice, J.D

# EXHIBIT "B"

## COPY OF FILED

## DISCHARGE OF BIRTH CERTIFICATE

CERTIFICATION OF VITAL RECORD

# COUNTY OF WAYNE

**2343**
LOCAL FILE NUMBER

MICHIGAN DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF LIVE BIRTH  121—

BIRTH NUMBER

| CHILD—NAME | FIRST | MIDDLE | LAST | DATE OF BIRTH (MONTH, DAY, YEAR) | | | HOUR |
|---|---|---|---|---|---|---|---|
| 1 | Avery | Michael | Jackson III | 2 | 9 | 68 | 12.15am |

| SEX | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) | COUNTY OF BIRTH |
|---|---|---|---|
| Male | Single | | Wayne |

| CITY, TOWN, OR LOCATION OF BIRTH | INSIDE CITY LIMITS (SPECIFY YES OR NO) | HOSPITAL—NAME (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER) |
|---|---|---|
| Detroit | Yes | Harper Hospital |

| MOTHER—MAIDEN NAME | FIRST | MIDDLE | LAST | STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) |
|---|---|---|---|---|
| Merle | Jean | Banks | | Michigan |

| RESIDENCE—STATE | COUNTY | CITY, TOWN, OR LOCATION | INSIDE CITY LIMITS (SPECIFY YES OR NO) | STREET AND NUMBER | |
|---|---|---|---|---|---|
| Michigan | Wayne | Detroit | Yes | 8561 Rutland | 48228 |

| FATHER—NAME | FIRST | MIDDLE | LAST | AGE AT TIME OF THIS BIRTH | STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) |
|---|---|---|---|---|---|
| Avery | Michael | Jackson | 22 | Michigan |

| INFORMANT | | RELATION TO CHILD |
|---|---|---|
| Merle Jean Jackson | | Mother |

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.

| SIGNATURE CERTIFIER—NAME | DATE SIGNED (MONTH, DAY, YEAR) | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY) |
|---|---|---|
| *Eugene Snider* | Feb 9 1968 | MD |
| (TYPE OR PRINT) EUGENE SNIDER | MAILING ADDRESS 20905 Greenfield, Southfield | |

| REGISTRAR—SIGNATURE | DATE RECEIVED BY LOCAL REGISTRAR |
|---|---|
| *John J. Harder, M.D.* | FEB 19 1968 |

646188

~~DISCHARGED~~



**WARNING**
ANY REPRODUCTION IS PROHIBITED BY LAW. DO
NOT ACCEPT UNLESS ON SECURITY PAPER WITH
COLORED BACKGROUND AND TACTILE
HOLOGRAPHIC SEAL IN BOTTOM RIGHT CORNER.
NOT VALID IF PHOTOCOPIED.

FEB 13 2024
DATE

I, CATHY M. GARRETT, CLERK OF SAID COUNTY OF
WAYNE DO HEREBY CERTIFY that the foregoing is a true
and exact copy of the original document on file in my
office

*Cathy M. Garrett*

CATHY M. GARRETT
Wayne County Clerk



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Exhibit "C"**

**AFFIDAVIT OF TRUTH**

1

2

3

AFFIDAVIT OF TRUTH

4

"Indeed, no more than (Affidavits) is necessary

To make the prima facie case."

5

United States v. Kis, 658 F 2nd, 526, 536, (7th Cir. 1981; Cert;

6

Denied, 50 U.S. L.W. 2169; S. Ct March 22, 1982)

7

8      That I, Avery Michael Jackson III©, a living breathing man, being duly sworn, depose and say

9  and declare by my signature that the following facts are true, correct, and complete to the best of my

10  knowledge and belief.

11      That the Affiant is a flesh and blood man and is Sovereign in a collective capacity with other

12  sovereigns.

13      That, the Affiant's rights "... existed by law of the land antecedent to the organization of the

14  State." (Hale v. Henkel, 201 U.S. 43).

15      That, the Affiant's rights exist even in the light of the U.S. Bankruptcy: aka **The National**

16  **Emergency** and that **includes the right of redemption.**

17      That, Affiant is "of the people" and is above the corporate government called "State of

18  MICHIGAN"/UNITED STATES OF AMERICA, operating in a **de-facto-bankrupt capacity/status.**

19      That, Affiant filed a U.C.C. Financing Statement (UCC-1) U.C.C. Filing 20242053851, **to**

20  **perfect a Security interest to initiate redemption as a matter of right.**

21      That, the Affiant caused to be filed a Security Interest and Lien upon the property of the

22  DEBTOR and in the DEBTOR'S, name filed in line and first in time, over and above the State of

23  MICHIGAN /UNITED STATES OF AMERICA and that all **property is exempt from levy.**

24      That the STATE OF MICHIGAN/UNITED STATES OF AMERICA, cannot show nor provide

25  a superior interest in said property and/or Instruments upon the Security Agreement held by the Affiant.

(See for reference: Wynehamer v. People, 13 NY 378 (1856))

1      That, the Affiant/Secured Party is flesh and blood and the corporate fiction/DEBTOR/ ENS

2 legis as appearing upon any UCC filing is "artificial" and was created in the contemplation of law

3 (commerce) AS THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

4      That, any discrimination, or injury caused by the STATE OF MICHIGAN/UNITED STATES

5 OF AMERICA and/or Agent(s) to recognize the two distinct entities, the real one and the other

6 "artificial" agrees to such injuries and to the **associated damages as established by the Affiant and**

7 **the State, by and through its Agent's by said agreement, is estopped from defense or rebuttal in**

8 **the matter and AGREES that the Affiant may proceed by Tort for Damages.**

9      That, this Affiant if not rebutted point for point by Any Agent, representing **the State of**

10 **MICHIGAN/UNITED STATES OF AMERICA**, at any level, **in any matter**, within (15) days upon

11 receipt, **these facts stand as True in both the private and public record ... AS TRUE**.

12 NOTE: Maxim of Law; 1; In Commerce-Truth is Sovereign. 2. for a matter to be resolved. It must be

13 expressed. 3. Point of Law; Silence equates to agreement.

14 Further Affiant Sayeth Not.

15 Executed by my own hand on this 26ᵗʰ day of August , 2024.

16

17                                 "without prejudice"

18

19       Avery Michael Jackson III© Affiant, Authorized Representative

20                         Attorney-In-Fact

21       In behalf of AVERY MICHAEL JACKSON III©, ENS legis

22

23

24

25

Avery M. Jackson III

c/o: 2559 Stanmoor Drive

Waterford, Michigan [48329]


# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN,

## DETROIT DIVISION

### ATTN: Article III Judge (s)

### D/B/A: CHIEF JUDGE Sean F. Cox


**Avery M. Jackson III,**

           Plaintiff(s)

vs.

UNITED STATES OF AMERICA et; al

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

D/B/A: **IRS Agent Timothy R. Wolner,**

D/B/A: **IRS Agent Does and Roes,**


and

DEPUTY ASSISTANT ATTORNEY GENERAL

D/B/A: **DAVID A HUBBERT,**

           Defendant(s)

Cause No. _____

**Affidavit in Support of Complaint**

**via Negative Averment Admissions**

State of California  )
        )  Subscribed, affirmed, and sealed
Oakland County   )

1. I, Avery M. Jackson III, living man, Affiant, being over 18 years of age, of sound mind, appear in propria persona and state that the following is true and correct to the best of my knowledge and belief under penalty of perjury to place testimonial evidence on the court's record.

2. Affiant appears from the soil/Land, on the county at Large, Oakland, in accord with the premises set forth in Norton v. Shelby County, 118 U.S. 425 (1886), and is not a fiction at law.

3. Defendants are defined above on the title page and hold actual or quasi-PUBLIC OFFICE(s) of trust with corresponding commercial liability.

4. It does not appear that the Defendants do not admit, acknowledge, and stipulate that this is an action in law, equity, special admiralty, special maritime on land, and subject to said jurisdictional remedies.

5. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the IRS is not an organization within the United States Department of the Treasury.

6. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the U.S. Department of the Treasury was organized by statutes now codified in Title 31 of the United States Code, abbreviated "31 U.S.C."

7. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the IRS has already admitted that it is not a United States Government

agency in the case of *Diversified Metals v. T-Bow Trust Co.*, USDC Idaho (93-405-E-EJL) Case No. Case 4:93-cv-00405-BLW, admission filed November 19, 1993, in UNITED STATES ANSWER AND CLAIM, page 2 of 6, number "4.", "Denies that the Internal Revenue Service is an agency of the United States Government . . ."

8. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the only mention of the IRS anywhere in 31 U.S.C. §§ 301-313 is an authorization for the President to appoint an Assistant General Counsel in the U.S. Department of the Treasury to be the Chief Counsel for the IRS. See 31 U.S.C. 301(f)(2).

9. It does not appear that the Defendants do not admit, acknowledge, and stipulate that throughout <u>Title 28</u> of the United States Code -- the laws which govern all the federal courts -- the term "this title" clearly refers to Title 28.

10. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the above previously stated fact would tend to support a conclusion that "this title", as that term is used in the IRC, refers to **Title 26 of the United States Code.**

11. It does not appear that the Defendants do not admit, acknowledge, and stipulate that **Title 26 has never been enacted into positive law.**

12. It does not appear that the Defendants do not admit, acknowledge, and stipulate that *even if* the IRS were a lawful bureau or department within the <u>U.S. Department of the Treasury</u> (which they are NOT), the existence of undue influence by the Executive Branch would violate the fundamental principle of Separation of Powers.

13. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the previously stated principle, in theory, keeps the three (3) branches of the federal government confined to their respective areas, and prevents any one branch from usurping the lawful powers that rightly belong to the other two branches.

14. It does not appear that the Defendants do not admit, acknowledge, and stipulate that **The Separation of Powers principle is succinctly defined in** <u>**Williams v. United States**</u>, **289 U.S. 553** <u>**(1933)**</u>**; however, in that decision the Supreme Court erred by defining "Party" to mean only Plaintiffs in** <u>**Article III**</u>**, contrary to the definition of "Party" that is found in Bouvier's** <u>**Law Dictionary**</u> **(1856).**

15. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the federal judiciary, contemplated by the organic <u>U.S. Constitution</u>, was intended to be independent and unbiased; these two qualities are the essence, or sine qua non of judicial power, i.e. without which there is nothing and undue influence obviously violates these two qualities. See EVANS v. GORE, 253 U.S. 245 (1920).

16. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant is not and never was a "taxpayer" as that term is defined in the Internal Revenue Code, a "person liable" for any Internal Revenue tax, or a "person" subject to the provisions of that Code, and that Affiant has always been, a "non-taxpayer;" that courts have recognized and acknowledged that individuals can be non-taxpayers, "... for with them Congress does not assume to deal and they

are neither of the subject nor of the object of revenue laws ... ," as stated by the Court in Long v. Rasmussen, 281 F. 236 (1922), and also Delima v. Bidwell, 182 U.S. 176, 179 and Gerth v. United States, 132 F. Supp. 894 (1955).

17. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the U.S. Congress codified the term "Non-Filer" which is defined at "The IRS Restructuring and Reform Act of 1998, Pub. L. 105-206, title III, §3707, July 22, 1998, 112 Stat. 778, codified as a note to Section 6651, Title 26 U.S.C., §3707 (a)(b)(c):" found at https://www.govinfo.gov/content/pkg/PLAW-105publ206/html/PLAW-105publ206.htm

18. It does not appear that the Defendants do not admit, acknowledge, and stipulate that said "**Form 1040**" contained no reference to any law or laws which would explain just exactly who is or is not subject to or liable for the income tax, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive Affiant's right to privacy secured by the 4th Amendment.

19. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant is the tax assessor in this legal relation pursuant to The IRS Reorganization of 1952 which abolished the Office of the Collector of Internal Revenue and left all federal taxes to be self-assessed.

20. It does not appear that the Defendants do not admit, acknowledge, and stipulate that The IRS Restructuring and Reform Act of 1998, finally, recognized the change in all federal taxes by prohibiting the designation of non-filers as illegal tax

protesters.

21. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the designation of any activity as "illegal" is a judicial function impossible for an IRS employee to make.

22. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant's right to not be a witness against himself is secured by the 5th Amendment to the United States Constitution, and that the "Form 1040" would in itself constitute legal evidence admissible in a court of law, that the filer is subject to and liable for the income/excise tax even though and regardless of the fact that Affiant, as a free individual, is actually and legally not subject to or liable for any income/excise tax and has no legal duty or obligation whatsoever to complete and file a "Form 1040."

23. It does not appear that the Defendants do not admit, acknowledge, and stipulate that a copy of any/all documents **IS NOT** maintained in the system of records identified as **Individual Master File (IMF)** specific and **not literal**; Data Service, Treasury/IRS 24.30 "**IMF MCC TRANSCRIPT SPECIFIC**" **as it relates to Affiant**.

24. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant does not hold public office.

25. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Title 26 U.S.C. 7701(a)(26) defines "trade or business" as "the performance of the functions of a public office."

26. It does not appear that the Defendants do not admit, acknowledge, and stipulate

that Any alleged outstanding commercial liabilities were discharged, see Affidavit of Notice [of Discharge].

27. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant has discharged the birth certificate, see Exhibit B, COPY OF FILED DISCHARGE OF BIRTH CERTIFICATE.

28. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant is the Principal Owner, Holder-in-due-Course, Secured Party Creditor, in relation to his estate, AVERY MICHAEL JACKSON III®™© – ESTATE/TRUST. See **Exhibit A**.

29. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Defendants did not respond to the ADMINISTRATIVE ADJUDICATION known as **Affidavit of Notice [of Discharge]** and remained Nihil Dicit, "he says nothing."

30. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant discharged the alleged IRS tax debt.

31. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Respondents failed to object to the evidence of the Promissory Note discharge and therefore admit said note has been discharged.

32. It does not appear that the Defendants do not admit, acknowledge, and stipulate that The discharged tax issue is evidence before this court that there is no controversy regarding the discharged alleged tax debt.

33. The Tenth Circuit has already affirmed the dismissal of yet another similar action

in *Travis v. United States of America, et al.*, 824 F. App'x 575 (10th Cir. 2020) (unpub.). App'x 575 (10th Cir. 2020) (unpub.). There, this Court recognized that the "upshot" of Travis's complaint is that he is not a taxpayer, and that "all income tax provisions of the Internal Revenue Code are invalid under numerous constitutional guarantees." (Id. at 2.) This Court has also dismissed two other appeals filed by taxpayer from a legally insubstantial case, *Travis v. United States*, 2:19 cv-00739-RSJ (D. Utah), for failure to prosecute. See *Travis v. United States*, No. 21-4052 (10th Cir.); *Travis v. United States*, No. 21-4082 (10th Cir.).

34. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Pursuant to rules of evidence 601, 602, and 603, and TRINSEY v. PAGLIARO | 229 F.Supp. 647 (1964), an attorney cannot testify on behalf of a dead person and a corporation is a dead person.

35. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant has revoked "Legal Title" to Affiant's estate from the "common-law trustee" (Title 50 USC §4312), is not defined as an adult "minor" (Title 31 CFR §363.6) and owns both "Legal" and "Equitable" title to plaintiff's estate in accord with the merger rule (Restatement of the Law, 2nd, Trusts).

36. It does not appear that the Defendants do not admit, acknowledge, and stipulate that "common-law trustee['s]" office (Title 50 USC 4312) is domiciled in the District of Columbia, a MUNICIPAL CORPORATION, see District of Columbia v. Woodbury, 136 U.S. 450 (1890); Barnes v. District of Columbia, 91 U.S. 540 (1875).

37. It does not appear that the Defendants do not admit, acknowledge, and stipulate

that "The municipal corporation called the District of Columbia, created by the Act of June 11, 1878, 18 Stat. 116, c. 337, is subject to the same liability for injuries to individuals arising from the negligence of its officers in maintaining in safe condition, for the use of the public, the streets, avenues, alleys and sidewalks of the City of Washington, as was the District under the laws in force when the cause of action in Barnes v. District of Columbia, 91 U. S. 540, arose." Woodbury, supra.

38. It does not appear that the Defendants do not admit, acknowledge, and stipulate that the office of the "common-law trustee" aka United States Attorney General, aka United States Army, General of the Attorneys, aka Alien Property Custodian, has his office domiciled inside of said MUNICIPAL COROPORATION, therein, any Grantor Trust to which said office would be the trustee, would fall within the confines of Title 26 USC 7701(a)(26) trade of business,

39. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Affiant's revesting is a matter of administrative estoppel by record with the United States Treasury and plaintiff's birth (banker) state in Basel II banking.

40. It does not appear that the Defendants do not admit, acknowledge, and stipulate that revoking and revesting title falls within the U.S. Const. Contract Clause, A1, S10, aka corresponding State Constitution, contract clause.

41. It does not appear that the Defendants do not admit, acknowledge, and stipulate that defendants have no jurisdiction over Affiant due to said revesting title.

42. It does not appear that the Defendants do not admit, acknowledge, and stipulate that "The record for judicial review generally has been limited to the

administrative record, so participants who fail to develop evidence during internal review risk forfeiting the use of that evidence in district court." Heimshoff v. Hartford Life & Accident Insurance Co., 187 Led 2d, 571 U.S. ___ (2013).

43. It does not appear that the Defendants do not admit, acknowledge, and stipulate that "Indeed, no more than [an affidavit] is necessary to make the prima facie case." Id at 536, U.S. v. Kis, 658 F.2d 526, (7th Cir. 1981).

44. It does not appear that the Defendants do not admit, acknowledge, and stipulate that This record by affidavit with exhibits constitutes a testimonial evidentiary record.

45. It does not appear that the Defendants do not admit, acknowledge, and stipulate that If Defendants believe that any of the foregoing is untrue then Affiant requests a counter affidavit be produced rebutting each fact with proof and particularity, point for point.

46. It does not appear that the Defendants do not admit, acknowledge, and stipulate that Defendants have sixty (60) days to review the above listed points and rebut or all is admitted in commercial law and equity.

47. Defendant(s) have 60 days to rebut the above listed statements point-for-point BY SWORN AFFIDAVIT or all are admitted into evidence as factual and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

I, Avery M. Jackson III, living man, Affiant, being of sound mind, over 18 years of age, hereby state under penalty of perjury, to the best of my knowledge and belief that the above is true and correct in accord with 28 USC 1746 to provide and place evidentiary testimony before the court.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

Avery M. Jackson III, living man, Affiant

| | |
|---|---|
| State of Michigan | ) |
| | )   Subscribed, affirmed, and sealed |
| Oakland County | ) |

On this 6th day of November 2024, the above listed signor did appear before me and did autograph his signature and affirm under penalty of perjury that his statements are true and correct to the best of his knowledge and belief.

Notary Public                                    seal

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Avery Michael Jackson III

**DEFENDANTS**

UNITED STATES OF AMERICA et; al, INTERNAL REVENUE SERVICE, D/B/A: IRS Agent Timothy R. Wolner

**(b)** County of Residence of First Listed Plaintiff ___Oakland___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ___District of Columbia___
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Per
c/o: 2559 Stanmoor Drive, Waterford, Michigan [48329]

Attorneys *(If Known)*

c/o: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1    U.S. Government Plaintiff
- [X] 2    U.S. Government Defendant
- [ ] 3    Federal Question *(U.S. Government Not a Party)*
- [ ] 4    Diversity *(Indicate Citizenship of Parties in Item III)*

*Does this action include a motion for temporary restraining order or order to show cause?* Yes [ ]  No [X]

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [X] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1    Original Proceeding
- [ ] 2    Removed from State Court
- [ ] 3    Remanded from Appellate Court
- [ ] 4    Reinstated or Reopened
- [ ] 5    Transferred from Another District *(specify)*
- [ ] 6    Multidistrict Litigation - Transfer
- [ ] 8    Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 C.F.R. 1.1(b); Attempt to create a specific liability

Brief description of cause:
Federal Tax, Account, Proof of Liability

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ ___

CHECK YES only if demanded in complaint:
JURY DEMAND:    [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE ___    DOCKET NUMBER ___

DATE   11/6/2024

SIGNATURE OF ATTORNEY OF RECORD   *Avery M Jackson*

**FOR OFFICE USE ONLY**

RECEIPT # ___    AMOUNT ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___