UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVERY M. JACKSON, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

_____/

Case No. 24-12989

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S APRIL 16, 2025 REPORT AND RECOMMENDATION [18]**

This lawsuit was filed by pro se Plaintiff Avery M. Jackson, III, against the United States, the Internal Revenue Service, and federal officials. (ECF No. 8.) The case has been referred to Magistrate Judge Curtis Ivy, Jr. for all pre-trial matters. (ECF No. 13.) Before the Court is the Magistrate Judge's report and recommendation to sua sponte dismiss Plaintiff's amended complaint for lack of subject matter jurisdiction and terminate the United States' motion to dismiss as moot. (ECF No. 18.) The Magistrate Judge also recommends either striking or denying as moot Plaintiff's request for summary judgment included in his response brief. (*Id.*) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation (ECF No. 18). Accordingly, the Court DISMISSES this case without prejudice and TERMINATES the pending motions (ECF Nos. 11, 15) as moot.

1

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2025, by electronic and/or ordinary mail.

s/Marlena Williams
Case Manager