UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVERY M. JACKSON, III,                                  Case No. 24-12989

      Plaintiff,                                              F. Kay Behm
v.                                                      United States District Judge

UNITED STATED OF AMERICA, *et al.*,

      Defendants.
_____/

### ORDER STRIKING ECF Nos. 27, 28

This matter was previously assigned to District Judge Nancy Edmunds, who entered an order of dismissal and judgment dismissing the complaint with prejudice on May 22, 2025.  (ECF Nos. 19, 20).  Plaintiff appealed to the Sixth Circuit Court of Appeals, which entered an order and judgment affirming Judge Edmunds' judgment.  (ECF Nos. 24, 25).  Plaintiff has now filed a response to motion to dismiss and motion to strike defendant's motion to dismiss.  (ECF No. 27).  This response and motion are captioned in the Federal Court of Claims and appear to be related to a motion to dismiss filed in that case.  *See Jackson v. USA*, Case No. 25-1952 (Fed. Ct. Claims).  The response and motion will therebefore be **STRICKEN** from the docket in this matter as improvidently filed.

1

Plaintiff has also filed a document entitled "Notice of Release of Liens Estoppel Applies."  (ECF No. 28).  Plaintiff complains that Defendants never answered the complaint nor rebutted his affidavit, failed to prove any tax liability and are estopped on all claims.  *Id*.  As set forth above, judgment has already entered in this case and was affirmed by the Sixth Circuit Court of Appeals.  Accordingly, this document will be **STRICKEN** from the docket in this matter as improvidently filed.

 **SO ORDERED**.

Date:  April 24, 2026       <u>s/F. Kay Behm</u>
            F. Kay Behm
            United States District Judge